

COPY

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

07-766

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Danny Ray Kinzer Jr      #381156
    (Name of Plaintiff)      (Inmate Number)

23207 Dupont blv. Georgetown De 19947
    (Complete Address with zip code)

(2) _____  _____
    (Name of Plaintiff)      (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Officer Conner

(2) Corp. Hudson

(3) _____
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 07-766
: (Case Number)
: (to be assigned by U.S. District Court)
:
:
:
:
: **CIVIL COMPLAINT**
:
:
: • • Jury Trial Requested
:

---

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   NONE

   _____

   _____

   _____

   _____

   _____

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •(Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? Wrote the Warden about the harassment

2. What was the result? NOTHING that i no knows of

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Officer Conner

Employed as a officer at V.O.P at Sussex Community Corrections Center

Mailing address with zip code: 23207 Dupont blv. Georgetown De 19947

(2) Name of second defendant: Corp. Hudson

Employed as a Corp. at V.O.P at Sussex Community Corrections Center

Mailing address with zip code: 23207 Dupont blv. Georgetown De 19947

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Every time officer Connes works i get harrassed, My bunk area gets shook down and my things thrown every where, im a punk white boy, im scared and became muslim for protetion, he stated he was going to punch my teeth down my throat, Tells other inmates im gay, im taking up bed space and need to be taken out, im a trader to the white race by picking a black religion to follow

2. i run to the warden when i have a problem, i tell the warden everthing staff does. Once i wrote the warden about the harassment i was getting i assume other officers found out and now in getting harassed by another staff member (Corp. Hudson) started saying remarks about dieing of tattoo aids and saying he wants to see me on the street so he can kick my brains out now no matter what i do the harassment doesnt stop

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the court to do something so another human doesnt have to go through the pain and suffering i have not being able to sleep. I would like the court to give me something for all the pain this harassment caused me not being able to sleep thinking the officers working and might get me while im sleep or set me up

3

2. With some type contreband to caretch a charge i feel like im walking on egg shells because i have 2 staff members wanting to knock my teeth down my throt it causes me alot of pain and, emotional and mental distress and out of all this i should atleast be rewarded something. i even put in a sick call slip to see mental health to help me deal with

3. all this distress

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18th__ day of __November__, 2007.

__D. Kinzer__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



IM Danny Ray Kinzer Jr
SBI# 381156    UNIT Pod # 2
bunk #228
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

U.S District Co
Lock box 18
844 N. King Street
Wilmington, De    19801

"Legal Mail"

"Legal Mail"