Whom it may Concern,   07-766 (JJF)   12-11-07

Good day, My name is Danny Ray Kinzer Jr S.B.I #381156 i Currently filed a 1983<sup>B</sup> form on two officer's down at S.V.O.P for harassment i'm not sure of the correct date i mailed it of but it had to be at least 2 weeks ago and i have yet to here anything in return. I'm writting to ask if anything happened or has anything taken place dealing with this matter?? I was recently reading through the jail house lawyer handbook and on page #22 chapter 2 it states that harassment is a violation of the 8th amendment. I took the time out to file the 1983<sup>B</sup> form built oscund case's such as Rodgers v. Thomas, Morgan v. Arkansas Gazette, and Hudson v. Palmer all 3 case's listed are dealing with harassment of some type, I've sence then been transfered to another building wich is good enough because while the harassment was going on i indured alot of pain and suffering, there would be times the harassment would be so bad i start crying, I would lose sleep over it not noing what might happen i even had nightmares from being so scared, one officer by the name of Conner made a remark that he should end my life because i wasn't worth living and shouldn't beable to breath, If you could check over the 1983<sup>B</sup> form and this letter and let me no if anything could be done about this. I can mail you copies of all the case's i listed above plus a copy of page #22 chapter 2 of the jailhouse lawyer handbook for you to see for yourself. Thank you for your time!!



BO scanned

Thank You

D. Kinzer

Danny Ray Kinzer Sr
S.B.I # 381156
C.V.O.P
Po box 5003
Smyrna De 19977

IM Donny Ray Kinzer Jr.
SBI# 381186      UNIT Red #4
                 bunk# 432
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

WILMINGTON DE 197
12 DEC 2007 PM 2 T

Clerk lockbox 18
U.S. District court
844 N King St
Wilmington DE
19801