OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 14, 2007

TO: Danny Ray Kinzer, Jr.
    SBI# 381156
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

*RE: Status of 07-766(JJF)*

Dear Mr. Kinzer:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


cc: The Honorable Gregory M. Sleet
enc: Docket Sheet