IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY RAY KINZER, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-766-JJF |
| OFFICER CONNER and CORP. HUDSON, | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiff, Danny Ray Kinzer, Jr., ("Plaintiff"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 6, 2007, the Court entered an Order for Plaintiff to submit, within 30 days from the date of the Order, a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the Complaint, or the case would be dismissed (D.I. 4);

WHEREAS, to date, the required documents have not been received from Plaintiff;

THEREFORE, at Wilmington this 21 day of February, 2008, IT IS HEREBY ORDERED that the case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the December 6, 2007 Order.

UNITED STATES DISTRICT JUDGE